**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                    In Replying Give Number
Clerk                                                                              Of Case and Names of Parties

September 28, 2022

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 16, 2023, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.***
***PLEASE REFER TO CALENDAR #7.***

| | |
|---|---|
| 20-14114 | Daniel Rodriguez v. United States (REVISED ARGUMENT DATE) |
| 19-11354 | United States v. Stanley Rolle (REVISED ARGUMENT DATE) |
| 20-11849 & 20-12989 | United States v. James Sabatino (REVISED ARGUMENT DATE) |
| 22-10707 | Carl Gregory, et al. v. Commissioner of Internal Revenue (REVISED ARGUMENT DATE) |
| 19-10332 | United States v. Reginald Graham, et al. |
| 22-10235 | Just Play, LLC v. Fitzmark, Inc. (REVISED ARGUMENT DATE) |
| 21-13719 | Global Network Management, Ltd. V. CenturyLink Latin American Solutions, LLC |
| 21-13894 | Ruby Green v. Howard Finkelstein, et al. |
| 21-14408 | Grupo Unidos por el Canal, S.A., et al. v. Autoridad del Canal de Panama |
| 21-12458 & 21-13232 | Music Specialist, Inc., et al. v. Atlantic Recording Corporation, et al. |
| 21-12947 | Glen Landau, et al. v. The City of Daytona Beach, et al. |
| 21-14157 | Dawn Weiher v. Lincare Procurement, Inc. |
| 21-14213 | RMS of Georgia, LLC v. U.S. Environmental Protection Agency, et al. |
| 22-11287 | Health Freedom Defense Fund, et al. v. President of the United States, et al. |