# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Federal Justice Building<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 579-4430 | HEARING LOCATION<br><br>12th Floor Courtroom<br>James Lawrence King Federal Justice<br>99 N.E. 4th Street<br>MIAMI, FLORIDA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 17, 2023

| | |
|---|---|
| 19-11354 | United States v. Stanley Rolle, Appellant |
| 22-11287 | Health Freedom Defense Fund, et al. v. President of the United States, et al., Appellants |
| 21-14157 | Dawn Weiher, Appellant v. Lincare Procurement, Inc. |
| 22-10740 | Aspen American Insurance Company, Appellant v. Landstar Ranger, Inc. |

### WEDNESDAY, JANUARY 18, 2023

| | |
|---|---|
| 20-11849 & 20-12989 | United States v. James Sabatino, Appellant |
| 22-10707 | Carl Gregory, et al., Appellants v. Commissioner of Internal Revenue |
| 21-13719 | Global Network Management, Ltd., Appellant v. CenturyLink Latin American Solutions, LLC, et al. |

### THURSDAY, JANUARY 19, 2023

| | |
|---|---|
| 19-10332 | United States v. Reginald Graham, et al., Appellants |
| 21-14213 | RMS of Georgia, LLC, Petitioner v. U.S. Environmental Protection Agency, et al. |
| 21-12947 | Glen Landau, et al., Appellants v. The City of Daytona Beach, et al. |
| 21-12458 | Sherman Nealy, et al., Appellants v. Atlantic Recording Corporation, et al., (Consolidated with 21-13232, Sherman Nealy, et al., Appellants v. Warner Chappell Music, Inc., et al.) |

### FRIDAY, JANUARY 20, 2023

| | |
|---|---|
| 21-14516 | Carlos Soto, Appellant v. Social Security Administration, Commissioner |
| 21-13894 | Ruby Green, Appellant v. Howard Finkelstein, et al. |
| 22-10235 | Just Play, LLC v. Fitzmark, Inc., Appellant |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
11/02/22 - #7