# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13894

ERRATA

_____

RUBY GREEN,

                                                Plaintiff-Appellant,

*versus*

HOWARD FINKELSTEIN,
individually, in his capacity as Public Defender for Broward County,
THE OFFICE OF THE PUBLIC DEFENDER FOR BROWARD COUNTY,

                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

D.C. Docket No. 0:20-cv-62160-BB

_____

This opinion has been changed as follows:

On page 13, added a period after the quotation in parenthesis ("The critical question . . .")

On page 14, separated S.Ct. with a space.

On page 15, separated S.Ct. with a space.

On page 16, abbreviated Minnesota in the case name.

On page 16, delete *"C.I.O."* from *See United Pub. Workers of Am. v. Mitchell*.